In re BAKER et al. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) In the matter of the application of Samuel D. Baker and William E. Doig to lay out a highway and to discontinue a portion of a highway in the town of Ft. Edward, Washing-

ton-county, N. Y., and the assessment of damages therefor. No opinion. Order affirmed, without costs.